IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION,                  )          2:04-cv-1752-GEB-PAN
                             )
              Plaintiff,     )
                             )          ORDER
         v.                  )
                             )
RAMON GUERRERO d/b/a EL GRULLENSE )
RESTAURANT II and RASIL G, INC., )
                             )
              Defendants.    )
_____)

          On December 8, 2005, Plaintiff filed a "Motion to Shorten
Time and Motion to Extend Case Deadlines," which requests a two
month extension of time for (1) the discovery completion date and
(2) the last date to hear law and motion matters.  The Declaration
of Evangelina Fierro Hernandez filed in support of the motion
states at page three that "Defendant agreed to the EEOC's request
for an extension."

          The modifications can be granted if the last date to hear
law and motion matters is changed slightly from what Plaintiff
requests and the final pretrial conference is rescheduled.

Therefore, the Status (Pretrial Scheduling) Order filed January 11, 2005, is modified as follows:

   (1)  All discovery shall be completed by February 27, 2006;

   (2)  The last hearing date for law and motion matters is March 27, 2006, at 9:00 a.m.

   (3)  The final pretrial conference is rescheduled to commence at 2:30 p.m. on May 22, 2006.


   IT IS SO ORDERED.

DATED:  December 12, 2005

       /s/ Garland E. Burrell, Jr.
       GARLAND E. BURRELL, JR.
       United States District Judge