```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


EQUAL EMPLOYMENT OPPORTUNITY       )
COMMISSION,                        )
                                   )      2:04-cv-1752-GEB-PAN (JFM)
                    Plaintiff,     )
                                   )
     v.                            )
                                   )      ORDER
RAMON GUERRERO d/b/a EL            )
GRULLENSE RESTAURANT II, and RASIL )
G, INC.,                           )
                                   )
                    Defendants.    )
                                   )
```

The motion in limine filed on March 13, 2006, is deemed withdrawn since a schedule for when bona fide motions in limine shall be filed will either be discussed at any final pretrial conference held in this action, or will be prescribed in any issued final pretrial order, if it is determined that a schedule should issue.

/////

/////

/////

/////

/////

1

1 | Therefore, the application to shorten time for hearing the motion in
2 | limine is also deemed withdrawn.
3 |     IT IS SO ORDERED.
4 | Dated:  March 20, 2006

                      /s/ Garland E. Burrell, Jr.
                      GARLAND E. BURRELL, JR.
                      United States District Judge