IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>RAMON GUERRERO d/b/a EL GRULLENSE RESTAURANT II and RASIL G., INC.,<br><br>        Defendants. | 2:04-cv-1752-GEB-PAN (JFM)<br><br><u>ORDER</u> |

The final pretrial conference scheduled for May 22, 2006, is rescheduled to commence at 2:30 p.m. on June 26, 2006. The parties shall file a joint document no later than 4:30 p.m. on

/////
/////
/////
/////
/////
/////

1

1  June 19, 2006, in which they specify Plaintiff's claim and any duly
2  preserved affirmative defense.[1]
3          IT IS SO ORDERED.
4  Dated:  May 18, 2006

6              /s/ Garland E. Burrell, Jr.
               GARLAND E. BURRELL, JR.
               United States District Judge

---

[1] The Status (Pretrial Scheduling) Order filed January 10, 2005, provided the parties an example of how this should have been done as follows:  "Each pled claim or affirmative defense must be accompanied by the elemental facts supporting it and the relief sought, if applicable.  For example: Plaintiff claims that Defendant violated her Fourth Amendment right to be free from excessive force by applying the handcuffs too tightly and seeks general damages."  (Order at 5-6.)
     Further, Defendants should be mindful of what really constitutes an affirmative defense.  "A defense which demonstrates that plaintiff has not met [his] burden of proof is not an affirmative defense. . . .  [A] defense which points out a defect in the plaintiff's prima facie case is not an affirmative defense." Zivkovic v. Southern Cal. Edison Co., 302 F.3d 1080, 1088 (9th Cir. 2002).

2